UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID M. HUEBLER,

        Plaintiff(s),        CASE NUMBER: 09-11817
                                        HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 17, 2010, Magistrate Judge Mark A. Randon submitted a Report and Recommendation (Doc. #23) recommending that the Court: (1) GRANT Plaintiff's Motion for Remand (Doc. #16); (2) DENY Defendant's Motion for Summary Judgment (Doc. #21); (3) REVERSE the Commissioner's findings; and (4) REMAND the case for further proceedings.

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Plaintiff's motion; (2) **DENIES** Defendant's motion; (3) **REVERSES** the Commissioner's findings; and (4) **REMANDS** the case for further proceedings consistent with the R&R.

    **IT IS ORDERED**.


                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
Dated: July 12, 2010              United States District Judge

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 12, 2010.

s/Carol A. Pinegar
Deputy Clerk